**Robert E. PEACHER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41367.**

Missouri Court of Appeals,
Western District.

July 3, 1989.

Kimberly D. Tyler, Public Defender's Office, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, J., Presiding, and LOWENSTEIN and ULRICH, JJ.

PER CURIAM:

ORDER

Appeal from denial of Rule 24.035 motion for postconviction relief.

Affirmed. Rule 84.16(b).

**In re the Marriage of Sharon Gayle MILLER, Respondent,**

v.

**Richard L. MILLER, Appellant.**

**No. WD 41161.**

Missouri Court of Appeals,
Western District.

July 3, 1989.

Kathy K. Sadoun, Kranitz & Kranitz, St. Joseph, for appellant.

John K. Allinder, White, Allinder, Grate & Hensley, Independence, for respondent.

Before KENNEDY, C.J., and TURNAGE, and GAITAN, JJ.

ORDER

PER CURIAM

Appeal from decree which awarded custody of daughter to the wife and assessed part of the guardian ad litem costs against the husband.

Judgment affirmed. Rule 84.16(b).